```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOANNE NOEL HIGGINS,                                              :
                                                                  :
                              Plaintiff,                          :
                                                                  :        21-cv-4203 (LJL)
        -v-                                                       :
                                                                  :              ORDER
120 RIVERSIDE BOULEVARD AT TRUMP PLACE                            :
CONDOMINIUM, THE BOARD OF MANAGERS OF                             :
120 RIVERSIDE BOULEVARD AT TRUMP PLACE                            :
CONDOMINIUM, MICHAEL RITCHKEN,                                    :
INDIVIDUALLY AND AS PRESIDENT OF THE                              :
BOARD OF MANAGERS OF 120 RIVERSIDE                                :
BOULEVARD AT TRUMP PLACE CONDOMINIUM,                             :
AKAM ASSOCIATES, INC., RONALD STARCIC,                            :
CARLOS A. GALLIANI and NANCY GALLIANI,                            :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

       Plaintiff's proposed order to show cause is DENIED. Plaintiff has not shown that she will suffer irreparable injury in the absence of a temporary restraining order, as required by Federal Rule of Civil Procedure 65. Plaintiff is directed to serve Defendants in accordance with the Federal Rules of Civil Procedure.

       SO ORDERED.

Dated: May 17, 2021
      New York, New York

                                                     LEWIS J. LIMAN
                                                     United States District Judge