```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOANNE NOEL HIGGINS,                                                   :
                                                                       :
                           Plaintiff,                                  :
                                                                       :                21-cv-4203 (LJL)
        -v-                                                            :
                                                                       :                    ORDER
120 RIVERSIDE BOULEVARD AT TRUMP PLACE                                 :
CONDOMINIUM, THE BOARD OF MANAGERS OF                                  :
120 RIVERSIDE BOULEVARD AT TRUMP PLACE                                 :
CONDOMINIUM, MICHAEL RITCHKEN,                                         :
INDIVIDUALLY AND AS PRESIDENT OF THE                                   :
BOARD OF MANAGERS OF 120 RIVERSIDE                                     :
BOULEVARD AT TRUMP PLACE CONDOMINIUM,                                  :
AKAM ASSOCIATES, INC., RONALD STARCIC,                                 :
CARLOS A. GALLIANI, and NANCY GALLIANI,                                :
                                                                       :
                           Defendants.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2021

LEWIS J. LIMAN, United States District Judge:

     Plaintiff is directed to effect service on Defendants in accordance with Federal Rule of Civil Procedure 4. Once a Certificate of Service has been filed with the Court, the Court will set a schedule for a hearing on a preliminary injunction.

     SO ORDERED.

Dated: May 19, 2021            _____
      New York, New York                        LEWIS J. LIMAN
                                            United States District Judge