```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021
```

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOANNE NOEL HIGGINS, :
:
:
Plaintiff, :
:  21-cv-4203 (LJL)
-v- :
:  ORDER
:
120 RIVERSIDE BOULEVARD AT TRUMP PLACE :
CONDOMINIUM, THE BOARD OF MANAGERS OF :
120 RIVERSIDE BOULEVARD AT TRUMP PLACE :
CONDOMINIUM, MICHAEL RITCHKEN, :
INDIVIDUALLY AND AS PRESIDENT OF THE :
BOARD OF MANAGERS OF 120 RIVERSIDE :
BOULDEVARD AT TRUMP PLACE :
CONDOMINIUM, AKAM ASSOCIATES, INC., :
RONALD STARCIC, CARLOS A. GALLIANI, and :
NANCY GALLIANI, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Parties are directed to appear for a telephonic conference on June 24, 2021 at 3:00 p.m. Parties are directed to dial (888) 251-2909 and use access code 2123101.


    SO ORDERED.

Dated: June 10, 2021
       New York, New York                               LEWIS J. LIMAN
                                                                United States District Judge