```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOANNE NOEL HIGGINS,                                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :         21-cv-4203 (LJL)
        -v-                                                      :
                                                                 :            ORDER
120 RIVERSIDE BOULEVARD AT TRUMP PLACE                           :
CONDOMINIUM, THE BOARD OF MANAGERS OF                            :
120 RIVERSIDE BOULEVARD AT TRUMP PACE                            :
CONDOMINIUM, MICHAEL RITCHKEN,                                   :
INDIVIDUALLY AND AS PRESIDENT OF THE                             :
BOARD OF MANAGERS OF 120 RIVERSIDE                               :
BOULEVARD AT TRUMP PLACE CONDOMINIUM,                            :
AKAM ASSOCIATES, INC., RONALD STARCIC,                           :
CARLOS A. GALLIANI and NANCY GALLIANI,                           :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial pre-trial conference in this case and adopted the parties' proposed case management plan which will be entered as an order of the Court. In addition, the Court set the following deadlines: By the end of the day tomorrow, October 1, 2021, Plaintiff, after meeting and conferring with Defendants, will submit to the Court a letter about the schedule for her response to the anticipated motion for judgment on the pleadings and for the reply brief with respect to that motion. With respect to the schedule for the sellers' anticipated motion, the Court will receive a motion to stay discovery along with a proposed schedule for the motion to dismiss. Any motion to strike the jury demand shall be submitted by October 15. Any motion by Plaintiff for equitable relief based on the conditions described during the conference shall be submitted by October 15, 2021, after the plaintiff and counsel for defendants (other than counsel for the sellers) have met and conferred.

      In accordance with the Court's Individual Practices, the filing of the amended complaint has mooted Defendants' previously filed motion to dismiss. The Clerk of Court is respectfully directed to close Dkt. No. 45.

      SO ORDERED.

Dated: September 30, 2021                                                         _____

2

New York, New York                                         LEWIS J. LIMAN
                                                      United States District Judge