UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOANNE NOEL HIGGINS,

                **Plaintiff,**

    -against-

120 RIVERSIDE BOULEVARD AT TRUMP
PLACE CONDOMINIUM, et al.,

                **Defendants.**

-----------------------------------------------------------------X

21-CV-04203 (LJL)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On October 4, 2021, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. By October 29, 2021, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 7, 2021 New York, New York