UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                        :

JOANNE NOEL HIGGINS,                                      :

                                        :

              Plaintiff,                                :

                                          :             21-cv-4203 (LJL)

     -v-                                                :

                                          :              ORDER

120 RIVERSIDE BOULEVARD AT TRUMP PLACE   :
CONDOMINIUM, et al.,                                     :

                                        :

              Defendants.                             :

                                          :

---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Several documents that have been filed in this matter do not redact information required to be redacted by Federal Rule of Civil Procedure 5.2(a).  *See, e.g.*, Dkt Nos. 46-1; 48-1; 77-2; 83-3; 89-1; 89-10.  It is hereby ORDERED that the relevant parties shall file redacted versions of those documents, in compliance with Rule 5.2(a), by August 25, 2022.  The Clerk of Court is respectfully directed to place under seal the documents appearing at docket numbers 46-1, 48-1, 77-2, 83-3, 89-1, and 89-10.

       SO ORDERED.

Dated: August 18, 2022
       New York, New York
                                      LEWIS J. LIMAN
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2022