```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOANNE NOEL HIGGINS,                                               :
:
Plaintiff,                                                         :
:          21-cv-04203 (LJL)
-v-                                                                :
:          ORDER
:
120 RIVERSIDE BOULEVARD AT TRUMP PLACE                             :
CONDOMINIUM ET AL,                                                 :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

A Case Management Conference will be held in this matter on March 15, 2023 at 3:00PM to discuss a discovery schedule and set a new case management plan and scheduling order. The conference will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

The Clerk of Court is respectfully directed to send a copy of this order to the Plaintiff.

SO ORDERED.

Dated: March 7, 2023
       New York, New York                          _____
                                                          LEWIS J. LIMAN
                                                      United States District Judge